```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 09-cr-134-01-JL

Benjamin Conway

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted in part.  The continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*

_____
Joseph N. Laplante
United States District Judge

Date:  September 17, 2009


cc:  John T. Pendleton, Esq.
     David W. Ruoff, Esq.
     Michael J. Iacopino, Esq.
     Jennifer C. Davis, Esq.
     U.S. Marshal
     U.S. Probation