UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Criminal No. 09-cr-134-01-JL

<u>Benjamin Conway</u>

<u>O R D E R</u>

The assented to motion to continue jury trial (document no. 28) filed by defendant is granted; No further continuances without a hearing. As both co-defendants Paul E. Conway and Hema Latha Do Karpiah assent to the continuance, the following dates apply to all defendants:

Final Pretrial is rescheduled to January 8, 2010 at 11:00 AM; Trial is continued to the two-week period beginning Wednesday, January 20, 2010, 9:30 AM.

Defendant Benjamin Conway shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      /s/ Joe Laplante
                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Date:  December 22, 2009

cc:  John Pendleton, Esq.
     David Ruoff, Esq.
     Michael Iacopino, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation